Henrik Mosesi, Esq. (SBN: 189672)
**Law Offices of Henrik Mosesi**
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Tel.: 310-734-4269
Fax: 310-734-4053
henry@mosesi.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>Plaintiff,<br>vs.<br>ERIC BOARMAN,<br>Defendant. | Case Number: 3:16-cv-01908-BAS-JMA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN DOE** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Eric Boarman ("Defendant") through his counsel, Thomas Pedreira. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Eric Boarman was assigned IP Address 172.10.131.13. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Eric Boarman has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 31, 2017

Respectfully submitted,

LAW OFFICES OF HENRIK MOSESI

By: *<u>/s/ Henrik Mosesi</u>*
HENRIK MOSESI, ESQ

Attorney for Malibu Media, LLC
E-mail: henry@mosesi.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *<u>/s/ Henrik Mosesi</u>*
HENRIK MOSESI, ESQ